

# The Attorney General of Texas

October 22, 1979

MARK WHITE
Attorney General

Supreme Court Building
P.O. Box 12548
Austin, TX. 78711
512/475-2501

701 Commerce, Suite 200
Dallas, TX. 75202
214/742-8944

4824 Alberta Ave., Suite 160
El Paso, TX. 79905
915/533-3484

723 Main, Suite 610
Houston, TX. 77002
713/228-0701

806 Broadway, Suite 312
Lubbock, TX. 79401
806/747-5238

4313 N. Tenth, Suite F
McAllen, TX. 78501
512/682-4547

200 Main Plaza, Suite 400
San Antonio, TX. 78205
512/225-4191

An Equal Opportunity/
Affirmative Action Employer

Honorable Charles D. Travis
Executive Director
Texas Parks and Wildlife Department
4200 Smith School Road
Austin, Texas 78744

Opinion No. MW-74

Re: Authority of Parks and Wildlife Department to require reports on sales of fish by commercial fishermen.

Dear Mr. Travis:

You have asked whether the Texas Parks and Wildlife Department has authority to prescribe reporting procedures concerning the harvest and sale of saltwater fish.

The department has the responsibility for collecting statistical data on the fishing industry of the Texas coastal areas. Sec. 66.209, Parks and Wildlife Code, V.T.C.S. That section provides:

§ 66.209. Statistical Reports

(a) The department shall gather statistical information on the harvest of fish, shrimp, oysters, and other forms of edible marine life of the Texas coast.

(b) The department shall prescribe and distribute the report form. The form shall be designed to allow for statistical information concerning the numbers and quantity by weight of seafood taken, the species taken, the kinds of equipment used, and the water from which the catch is made.

(c) No dealer who purchases fish, shrimp, oysters, or other forms of edible marine life directly from the fisherman may fail to file the report with the department each month on or before the 10th day of the month. No dealer required to report may wilfully file an incorrect report.

(d) Any dealer who violates Subsection (c) of this section is guilty of a misdemeanor and on conviction is punishable by a fine of not less than $10 nor more than $50.

See also Parks & Wildlife Code, §§ 61.061, 61.068.

The department has adopted rule 127.70.01.274 which requires the reporting of individual sales transactions of all saltwater fish.  You ask whether the agency has the authority to prescribe such reports.  It is our opinion that the department does have such authority under section 66.209(b) and the decision to use a monthly report heretofore used, or an individual sales transaction report filed monthly, rests within the reasonable discretion of the department.

### SUMMARY

The Parks and Wildlife Department may require reporting of sales of saltwater fish on either a monthly or individual transaction basis.

Very truly yours,

MARK WHITE
Attorney General of Texas

JOHN W. FAINTER, JR.
First Assistant Attorney General

TED L. HARTLEY
Executive Assistant Attorney General

Prepared by David B. Brooks
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

C. Robert Heath, Chairman
David B. Brooks
Bill Campbell
Susan Garrison
Rick Gilpin
William G Reid
Bruce Youngblood